**Maverick A. Young**
**ACP Colorado**

**Clerk of Court**
**United States District Court**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
1:31 pm, Nov 27, 2023
JEFFREY P. COLWELL, CLERK

**Re: Formal Complaint**

**Maverick A. Young**
v.
**State of Colorado Human Services**
**Douglas County Department of Human Services**
**Alicia Marie Powell**
**Brittany Cunningham**
**Lisa Gregeska**
**Christine Reed**

**Formal Complaint for Welfare Fraud against Alicia Powell, Brittany Cunningham, and Lisa Gregeska**

### COMPLAINT

I, Maverick A. Young, the Plaintiff in this matter, at this moment, file a formal complaint against Alicia Powell, Brittany Cunningham, and Lisa Gregeska, individuals I believe are engaged in fraudulent activities related to the welfare system. I also allege conspiracy with an internal Douglas County Department of Human Services investigator.

### FACTS

1. Alicia Powell: Evidence indicates that Alicia Powell knowingly provided false information to secure benefits for which she is ineligible.

2. Brittany Cunningham: There appears to be a conspiracy between Brittany Cunningham and Alicia Powell involving the sharing and manipulating of personal data to obtain unauthorized benefits.

3. Lisa Gregeska: Lisa Gregeska allegedly aided and abetted the fraudulent activities of Alicia Powell and Brittany Cunningham. She also seems to have personal relationships with internal investigators within the Department, particularly in Douglas County.

4. Investigator Involvement: There is evidence suggesting the participation of an internal welfare investigator in Douglas County in these fraudulent activities.

### EVIDENCE

The evidence supporting these claims includes:

1. Documentation showcasing fraudulent statements made during welfare interviews by someone trying to be Maverick Young.

2. Proof Maverick has been disabled since early 2016.

3. Communication records suggest a conspiracy between the mentioned individuals and the internal investigator.

4. Lisa Gregeska stole Maverick's laptop with evidence of former children's social security numbers and used them to defraud Maverick Young. This occurred while he was in a decreased mental state and under caretaker care. The Castle Rock Police Department responded to this incident at 4115 Swanson Way Unit 206, Castle Rock, CO 80104.

**REQUEST FOR INVESTIGATION**

I urge the Douglas County Department of Human Services and any relevant agencies to conduct an immediate and thorough investigation into these allegations. This is essential to prevent further fraudulent activities and safeguard the integrity of the welfare system.

**Legal Action:** I retain the right to take legal action if my claims are substantiated and if fraudulent activities persist.

**Provision:** Order Douglas County Human Services to transfer Maverick A. Young's records to Denver Human Services, where he is under ACP Colorado and will remain since he is a sex trafficking victim, and that very family is still trying to kill him today, and these investigators contacted that family endangering Maverick. Order them to cease any contact with the Culver Mob, who Maverick was trafficked by and murdered four people he knows of.

Sincerely,

**Maverick A. Young**
**Protected Informant**